AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois



MAY 2 4 2024

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



| United States of America | ) |
| v. | ) |
| | ) Case No. 24-MJ-3074 |
| SAMUEL CUNDARI | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 17, 2024__ in the county of __Sangamon and elsewhere__ in the __Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 875(c) | Interstate Threat to Injure |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

**Redacted**

_____
Complainant's signature

SA Jacob E. Griffin, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/24/2024

City and state: Springfield, IL

_____
Judge's signature

Hon. Colleen R. Lawless, US District Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

**SEALED**

**FILED**
MAY 2 4 2024
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-mj-3074 |
| ) | |
| ) | |
| SAMUEL J. CUNDARI ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT IN SUPPORT OF A COMPLAINT**

I, Special Agent Jacob Griffin, being first duly sworn, hereby depose and state as follows:

1.  I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since December 2021. Prior to my service with the FBI, I was a University Public Safety Officer in New York for seven years, where I served to the rank of Lieutenant. I am presently assigned to the FBI Springfield Field Office's Counterterrorism Division's Joint Terrorism Task Force. As a Special Agent with the FBI, I have participated in and conducted investigations into violations of various federal and state criminal laws and participated in the preparation and/or execution of search, arrest, and seizure warrants, all in violation of Title 18 and Title 40, United States Code. As a federal agent, I am authorized to investigate

1

violations of laws of the United States, as well as execute warrants issued under the authority of the United States.

2.  Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18 U.S.C. § 857 (c) - Interstate Communication Threats have been committed by Samuel Cundari (CUNDARI). A warrant for the arrest of CUNDARI is requested.

3.  I am familiar with the following facts both from my work on this investigation, my training and experience, and from information learned from other law enforcement professionals. The following is a summary and not a complete rendition of all facts relevant to the investigation.

### X Account "@BIGJOHNSKINNER"

4.  On March 17, 2024, Illinois State Police (ISP) Lieutenant John Thompson contacted the Illinois Statewide Terrorism Intelligence Center (STIC) to report threats to Illinois State Representatives.[1] Two State Representatives reported to Lt. Thompson receiving threats. Lt. Thompson is based in Springfield and is tasked with addressing the security of the Illinois General Assembly. The threat was communicated

---

[1] The names of the two representatives are known to law enforcement, however, to ensure their safety and privacy their names are not being included in the affidavit.

2

via the social media company "X" (formerly known as "Twitter") and from the user identified as "@BIGJOHNSKINNER."

5. On March 18, 2024, I was alerted to the online threat by STIC. A review of the "@BIGJOHNSKINNER" account was conducted, and a screenshot of the threat was obtained. The screenshot can be observed below in "Figure 01 and Figure 02."



[FIGURE 01]



[FIGURE 02]

6. The posted threat along with the image is the following, "The day we put your kids feet first into a woodchipper so we can enjoy their last few screams is coming." The threat was a post in which Representative 1, Representative 2, Citizen 1, Advocacy Group 1,

3

Advocacy Group 2, and Advocacy Group 3,[2] and the Illinois Attorney General's Office were "tagged". The act of "tagging" ensures that the user of the account that is tagged sees the post. It is a way to direct a message at a specific person or group of people.

7. I know from my training and experience that the first part of the post was an image that is meant to be derogatory towards Advocacy Group 1. The image depicts a person crying while wearing a t-shirt with the logo of Advocacy Group 1. This person is next to a box of Franzia wine and Lorazapan. Each of the advocacy groups advocate for gun control and against gun violence. Citizen 1 is a volunteer with one of the advocacy groups. Representatives 1 and 2 have participated in the passing of gun laws in the State of Illinois.

8. On March 19, 2024, a Grand Jury Subpoena was sent to "X" for subscriber information of account "@BIGJOHNSKINNER." On April 11, 2024, the returns of the Grand Jury Subpoena to "X" were provided to the FBI. The results identified that the account was being run by a user named "John Skinner" and that their email address was "JOHNSKINHEAD@YAHOO.COM." On the same date, a Grand Jury

---

[2] Each of these individuals' identities are known to law enforcement, however, to ensure their safety and privacy their names are not being included in this complaint.

Subpoena was served to Yahoo in order to identify the subscriber information on the Yahoo account.

9. While waiting for the return of the Yahoo Grand Jury subpoena, your affiant reviewed the "@BIGJOHNSKINNER" "X" account as well as the Yahoo email address. A screenshot of the account was made and can be viewed in "Figure 03."



[FIGURE 03]

10. The account includes an image of George Zimmerman[3] smoking a cigar, as well as symbols commonly associated with white supremacy groups including two lightning bolts and two capitalized "S"'s.

11. On April 18, 2024, Yahoo provided a return to the Grand Jury Subpoena. The email account was registered to user "John Skinhead"

---

[3] George Zimmerman is commonly known as the individual who shot and killed Trayvon Martin, a black minor, in Florida in 2012.

with a recovery phone of 630-347-1608 (Phone 1608). The account was created on November 11, 2023, and the return supplied various IP Addresses associated with the account. These IP Addresses were traced back to the Chicagoland area. Open-source research was conducted on Phone 1608 and the number was associated to "Samuel Cundari" who resided at 538 7th Avenue, La Grange, Illinois 60525.

12. On April 22, 2024, a Grand Jury Subpoena was sent to Verizon for the subscriber information of Phone 1608. On May 07, 2024, I reviewed the returns from Verizon that show that Phone 1608 is subscribed to "Nancy Cundari" and that the number is associated with a family plan with four phone lines. Nancy Cundari lives at 538 7th Avenue, La Grange, Illinois 60525. Open-source research shows that she potentially has two sons, Samuel, and Nathan, as well as a husband named Robert.

13. On May 08, 2024, FBI Task Force Officer Joshua Sheppard served a preservation request of account "@BIGJOHNSKINNER" to "X." "X" replied stating that the account had been preserved.

14. On May 15, 2024, your affiant conducted a search of Phone 1608 as well as @BIGJOHNNSKINNER in the FBI "TIPS" database and other online reporting databases. This search resulted in an identified tip made by Samuel Cundari in January 2020 about a "X" user who was

6

threatening the president. In this tip, Samuel Cundari provided his contact information as "630-347-1608." Samuel Cundari further put that his date of birth is March 21, 1994, home address was 538 7th Avenue, La Grange, Illinois 60525, and email samueljohncundari@gmail.com. This residential address is the address of his presumed mother, Nancy Cundari.

15. On May 20, 2024, I interviewed, by telephone, Illinois State Representative 1. Representative 1 confirmed that he was in Springfield, Illinois when he received the "X" post notification. Representative 1 stated he takes these threats seriously because he has two young children and is a frequent target of threats due to his role in gun control legislation. I reviewed a news article which noted that Representative 1 was the sponsor of Illinois's assault weapons ban.

16. Based on my investigation, I believe that the registered user of "Johnskinnhead@yahoo.com" is Samuel Cundari. The phone number used to create the Yahoo account is the Phone 1608 number. Therefore, I also believe, that he is the account user of "@BIGJOHNSKINNER."

### Second "X" Account "@JASTOWNSENDS"

17. On May 15, 2024, the Federal Bureau of Investigation's National Threat Operations Center (NTOC) received an online tip from

7

Witness 1[4] (Witness 1), a resident of Chicago. Witness 1 was reporting a concerning post on "X" that suggested a bomb could be denotated at the Springfield Illinois Pride Festival on Saturday, May 18, 2024.



FIGURE 04

18.    Witness 1 was able to take a screen shot of the message, which was posted in reply to the account "Awake Illinois" (@awake_IL) post about the upcoming festival. Awake Illinois is a non-profit advocacy organization which opposes children's access to "drag shows" and LGBTQIA + education. Witness 1 did not take a screen shot of the original post, and the post by the @jastownsends account was no longer found on the "X" website. However, a review of @awake_IL's "X" account shows one post which contains a photo of a newspaper advertisement

---

[4] Witness 1's name is known to law enforcement; however, it is not being provided as part of this complaint.

which advertises the Springfield PrideFest. It is unknown if this is the post to which @jastownsends was replying.

19. Witness 1 included the text of the concerning post with his online tip which stated the following, "I sure hope NOBODY leaves a pressure cooker filled with ball bearings, glass and nails, filled with diesel fuel and fertilizer, with the over pressure safety valve disabled, near a natural gas line. That would be VERY sad and VERY unfortunate."

20. I researched "Springfield PrideFest" using various sources and found that it is a street fair that occurs in Springfield, Illinois in May. According to the organizer's website, the purpose of the festival is to "embrace diversity and celebrate the Central Illinois LGBTQ Community." The festival is organized by the Phoenix Center, an organization in downtown Springfield that supports LGBTQ members. The festival contains vendors, parades, music, and a drag show at the end of the evening. There are several sponsors for the festival, one of the larger ones being Blue Cross Blue Shield.

21. On May 16, 2024, FBI NTOC received another online tip from Witness 2[5] (Witness 2), a resident of Chicago, Illinois. Witness 2 noted in his submission that he had retired from the FBI four years ago and was

---

[5] Witness 2's name is known to law enforcement; however, it is not being provided as part of this complaint.

9

concerned about the post and the posting account's post history. Similar to Witness 1's report, Witness 2 was reporting a post to the Blue Cross Blue Shield "X" page in which the "X" user "John Townsend" stated the following: "I sure hope nobody leaves a pressure cooker filled with ball bearings, glass and nails filled with diesel fuel and fertilizer with the safety valve off near a line of disabled gas, which would be sad and unfortunate."

22. On May 16, 2024, FBI Special Agent Scott Meyers (SA Meyers) served an emergency disclosure to "X" for the account "@jastownsends." The subscriber information for that account came back to email address "charliegred1@gmail.com" and IP Address "98.223.140.40." The IP Address was found to be associated with the company Comcast.

23. On May 16, 2024, SA Meyers served an emergency disclosure to Comcast for IP Address "98.223.140.40" and was told that the IP Address belonged to Samuel Cundari, telephone number 630-347-1608, and address 524 Tennyson Drive, Wheaton, Illinois 60189.

24. Due to the IP Address showing a connection to the Chicagoland area, FBI Chicago Field Office was sent the case information. On May 17, 2024, FBI Special Agent Alexander Dehr of the Chicago Field Office (SA Dehr) contacted Samuel Cundari via Phone 1608 phone number after not making contact with him at his address. Samuel

Cundari answered the phone, positively identified himself, and after being informed who the caller was, asked "is this about the joke on Twitter?".

25. On May 17, 2024, SA Dehr met with Samuel Cundari in person at a local park and during the interview, Cundari admitted to running the "X" account "@JASTOWNSENDS." He further admitted that he and his brother watch the YouTube channel by "John Townsend" and utilized the name and profile photo of the YouTube account for the "X" profile. Samuel Cundari stated he "made the joke" as he was trying to "get the goat" of another user by posting the comment. Samuel Cundari stated he does not have any experience with explosives and only knew about pressure cooker explosives by watching the History Channel.

### *Search Warrant and Interview*

26. On May 23, 2024, the FBI executed multiple federal search warrants for the person of Samuel Cundari and Cundari's residence in DuPage County. During the search, FBI officials obtained a cellular telephone that Cundari identified as Phone 1608.

27. During a mirandized interview, Cundari admitted to running the "X" accounts "@BIGJOHNSKINNER" and "@JASTOWNSENDS" as well as posting both threatening messages on each of the accounts. Cundari

further acknowledged that he utilized the "X" application downloaded on Phone 1608 to make those posts.

## CONCLUSION

28. Based on the forgoing, your affiant believes there is probable cause that Samuel Cundari is the user of both "@BIGJOHNSKINNER" and "@JASTOWNSENDS" "X" accounts. Further, I believe there is probable cause to believe that violations of Title 18 U.S.C. § 857 (c) - Interstate Communication Threats have been committed by Samuel Cundari (CUNDARI), and request that an arrest warrant be issued.

29. I further request that the Court order that all papers in support of this complaint, including the affidavit, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is not public. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize the investigation.

Respectfully submitted,

**Redacted**

Jacob E. Griffin
Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me this 24 day of May, 2024.

Honorable Colleen R. Lawless
United States District Judge

12